IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01825–KMT–KLM

JAMES TREZISE,

    Plaintiff,

v.

QUYNH HOANG, M.D.,

    Defendant.

## ORDER

This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c) by Judge R. Brooke Jackson and was assigned to Magistrate Judge Kathleen M. Tafoya on November 30, 2011.  Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) and (b), it is hereby

**ORDERED** that the Order of Reference to United States Magistrate Judge, entered by Judge William J. Martínez on July 15, 2011 ([Docket No. 4), is **VACATED**.  It is further

**ORDERED** that a Final Pretrial Conference is set for July 2, 2012, at 9:30 a.m. in Courtroom C-201, Second Floor, Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to U.S. Magistrate Judge Tafoya **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines

and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

The parties shall prepare the proposed Final Pretrial Order in accordance with the form which may be downloaded in richtext format from the forms section of the Court's website at www.co.uscourts.gov.  Instructions for downloading in richtext format are posted in the forms section of the website.  Parties who are *pro se* or do not have access to the internet may visit the Clerk's Office at the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Room A-105, Denver, Colorado.

Dated this 2nd day of December, 2011.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge