IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01825–KMT–KLM

JAMES TREZISE,

    Plaintiff,

v.

QUYNH HOANG, M.D.,

    Defendant.

## ORDER

    This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice" (Doc. No. 26, filed June 27, 2012). The court, being fully advised,

    ORDERS that the motion is GRANTED. The case is dismissed with prejudice, each party to pay its own fees and costs.

    Dated this 27th day of June, 2012.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge